596

360 A.2d 651
Heck v. Heck, Appellant.

Argued June 15, 1976. Howard Wallner, for appellant; Daniel P. Lynch, with him John J. McCreesh, III, for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

360 A.2d 649
Hines, Appellant, v. Philadelphia Electric Company.

Argued June 14, 1976. Louis Samuel Fine, with him Fine, Staud, Grossman & Garfinkle, for appellant; John R. McConnell, with him Dennis J. Morikawa, for appellee.

Judgment affirmed.